UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV309-3-MU
(3:03CR112-3-MU)

| | | |
|---|---|---|
| **DONOVAN ANTHONY STafford,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before this Court upon the Respondent's "Motion to File Exhibits Under Seal" (Document No. 10.) The Court has reviewed exhibit 2, which is a copy of the presentence report and exhibits 4 and 5 which are investigatory documents and concludes that they may be sealed

NOW THEREFORE IT IS HEREBY ORDERED that the Exhibits 2, 4 and 5, included as attachments to the Government's Response and Motion for Summary Judgment in this matter be sealed and remain sealed pending further notice of this Court.

**SO ORDERED**.

Signed: October 19, 2006

Graham C. Mullen
United States District Judge