# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Donovan Anthony Stafford,

        Plaintiff(s),

vs.

United States of America,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-309


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 25, 2007 Order.

**Signed: July 26, 2007**


_Frank G. John_

Frank G. Johns, Clerk
United States District Court